■

## BUILDING OWNERS AND MANAGERS ASSOCIATION OF PITTSBURGH

v.

CITY OF PITTSBURGH, Council of the City of Pittsburgh, and William Peduto, and Service Employees International Union Local 32 BJ

Petition of: Service Employees International Union Local 32BJ

Building Owners and Managers Association of Pittsburgh

v.

City of Pittsburgh, Council of the City of Pittsburgh, and William Peduto, and Service Employees International Union Local 32 BJ

Petition of: Service Employees International Union Local 32 BJ

No. 229 WAL 2017
No. 230 WAL 2017

Supreme Court of Pennsylvania.

November 29, 2017

### ORDER

PER CURIAM

AND NOW, this 29th day of November, 2017, the Petitions for Allowance of Appeal are **GRANTED**, limited to the issue set forth below. Allocatur is **DENIED** as to all other issues.

The issue, rephrased for clarity, is as follows:

Did the Commonwealth Court err in holding that the State Emergency Man-

agement Services Code, the State Disease Prevention and Control Act Law, the Second Class City Code, and the Home Rule Charter and Options Law failed to satisfy the "expressly provided by statute" exception, and that the City of Pittsburgh therefore lacked the authority to pass the Paid Sick Days Act and the Safe and Secure Buildings Act?

The appeals from Nos. 227–230 WAL 2017 and Nos. 236–239 WAL 2017 are hereby **CONSOLIDATED** for briefing and oral argument.

■

## BUILDING OWNERS AND MANAGERS ASSOCIATION OF PITTSBURGH

v.

CITY OF PITTSBURGH, Council of the City of Pittsburgh, and William Peduto, and Service Employees International Union Local 32 BJ

Petition of: City of Pittsburgh, Council of the City of Pittsburgh, and William Peduto

Building Owners and Managers Association of Pittsburgh

v.

City of Pittsburgh, Council of the City of Pittsburgh, and William Peduto, and Service Employees International Union Local 32 BJ Petiton of: City of Pittsburgh, Council of the City of Pittsburgh, and William Peduto

No. 236 WAL 2017
No. 237 WAL 2017

Supreme Court of Pennsylvania.

November 29, 2017

## ORDER

PER CURIAM

AND NOW, this 29th day of November, 2017, the Petitions for Allowance of Appeal are **GRANTED**, limited to the issue set forth below. Allocatur is **DENIED** as to all other issues.

The issue, rephrased for clarity, is as follows:

Did the Commonwealth Court err in holding that the State Emergency Management Services Code, the State Disease Prevention and Control Act Law, the Second Class City Code, and the Home Rule Charter and Options Law failed to satisfy the "expressly provided by statute" exception, and that the City of Pittsburgh therefore lacked the authority to pass the Paid Sick Days Act and the Safe and Secure Buildings Act?

The appeals from Nos. 227–230 WAL 2017 and Nos. 236–239 WAL 2017 are hereby **CONSOLIDATED** for briefing and oral argument.

■

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Leonardo J. MOJICA–CARRION, Petitioner**

**No. 454 MAL 2017**

Supreme Court of Pennsylvania.

November 29, 2017

## ORDER

PER CURIAM

AND NOW, this 29th day of November, 2017, the Petition for Allowance of Appeal is **DENIED**.

■

**Augustus FELECCIA and Justin T. Resch, Respondents**

v.

**LACKAWANNA COLLEGE a/k/a Lackawanna Junior College, Kim A. Mecca, Mark D. Duda, William E. Reiss, Daniel A. Lamagna, Kaitlin M. Coyne and Alexis D. Bonisese, Petitioners**

**No. 359 MAL 2017**

Supreme Court of Pennsylvania.

November 29, 2017

## ORDER

PER CURIAM

AND NOW, this 29th day of November, 2017, the Petition for Allowance of Appeal is **GRANTED**. The issues, as stated by Petitioner, are:

1. Is a Pennsylvania college required to have qualified medical personnel present at intercollegiate athletic events to satisfy a duty of care to the college's student-athletes?

2. Is an exculpatory clause releasing "any and all liability" signed in connection with participation in intercol-